Robert Leonhardt, Sr., et al., Respondents, *v.* State of New York, Appellant. (Claim No. 25202.)

Submitted October 4, 1943; decided October 21, 1943.

*Jacob I. Horowitz* for motion.

*Nathaniel L. Goldstein, Attorney-General (Burns F. Barford* of counsel), opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.